ACCEPTED
14-14-00741-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 11:44:36 AM
CHRISTOPHER PRINE
CLERK



**Texas**
**New York**
**Washington, DC**
**Connecticut**
**Seattle**
**Dubai**
**London**

J. Erick Sandlin
Associate

713.221.1469 Office
713.437.5308 Fax

Erick.Sandlin@bgllp.com

Bracewell & Giuliani LLP
711 Louisiana Street
Suite 2300
Houston, Texas
77002-2770

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
9/10/2015 11:44:36 AM
CHRISTOPHER A. PRINE
Clerk

September 10, 2015

*Via E-File*

Hon. Christopher A. Prine
Clerk of the Court
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

     Re:    No. 14-14-00741-CV; *Christopher Spates and Prodigy Services v. Eni US Operating Company*; In the Fourteenth Court of Appeals, Houston, Texas

Dear Mr. Prine:

As we noted in our April 2, 2015 letter, Eni US Operating Co. Inc. ("Eni") has no position on the issues advanced in this appeal. Therefore, Eni does not plan on participating in the oral argument scheduled on September 17, 2015 at 2 p.m.

         Respectfully submitted,

     */s/ Erick Sandlin*
     Stephen B. Crain
     Texas Bar No. 04994580
     stephen.crain@bgllp.com
     J. Erick Sandlin
     Texas Bar No. 24056265
     erick.sandlin@bgllp.com



711 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713)-221-1305
Facsimile: (800) 404-3970

ATTORNEYS FOR APPELLEE
ENI US OPERATING CO. INC.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel of record on the 10th day of September, 2015, addressed as follows:

Taura Spates                                          *Via E-File*
P.O. Box 742393
Houston, Texas 77274

*Counsel for Appellants, Christopher Spates and
Prodigy Services LLC*

Rande Herrell                                         *Via E-File*
John Worley
Deterrean Gamble
Office of the Attorney General of Texas
P.O. Box 12017, Mail Code 038-1
Austin, Texas 78711-2017

*Counsel for Appellee, Office of the Attorney
General of Texas*

Angela Marie Lancelin       *Via E-File*
Office of the Attorney General of Texas
6161 Savoy
Suite 320
Houston, TX 77036

*Counsel for Appellee, Office of the Attorney General of Texas*

      */s/ Erick Sandlin*
        Erick Sandlin